UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VANIKA ARRINGTON, <br><br> Plaintiff, <br><br> v. <br><br> ST. JOSEPH HOSPITAL, <br><br> Defendant. | CASE NO. 3:25-cv-5418-BHS <br><br> ORDER |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), recommending the Court deny pro se plaintiff Vanika Arrington's application to proceed *in forma pauperis* and dismiss complaint without prejudice for failure to state a claim, failure to respond to a Court Order, and failure to prosecute. Dkt. 7.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further

ORDER - 1

1 | evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P.
2 | 72(b)(3).
3 |     The Court must "review the Magistrate Judge's findings and recommendations de
4 | novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d
5 | 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific
6 | written objections to the proposed findings and recommendations." Fed. R. Civ. P.
7 | 72(b)(2).
8 |     Arrington has not responded to Judge Leupold's Order to Show Cause, and has not
9 | objected to the R&R. The R&R is adopted. Arrington's application to proceed in forma
10 | pauperis is DENIED and this matter is DISMISSED without prejudice.
11 |     The Clerk shall enter a JUDGMENT and close the case.
12 |     IT IS SO ORDERED.
13 |     Dated this 3rd day of September, 2025.

BENJAMIN H. SETTLE
United States District Judge